UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOEL MARTIN, on his own behalf, and as Next Friend for C.M., a minor, <br><br>　　　　　　　Plaintiff, <br><br>　vs. <br><br>NORTH KANSAS CITY SCHOOL DISTRICT, et al., <br><br>　　　　　　　Defendants. | Case No. 4:17-cv-00073-FJG |

## PLAINTIFF'S POST-MEDIATION STATUS REPORT

*Via Email To:*
Ms. Jill Morris, Director
Mediation and Assessment Program
map@mow.uscourts.gov

　　　This Post-Mediation Status Report is submitted in the above-referenced matter on behalf of Plaintiff JOEL MARTIN, on his own behalf, and as Next Friend for C.M., a minor following completion of the court-ordered early mediation, which took place on June 28, 2017, before Judge Robert Schieber of Kansas City, Missouri. All of the required parties appeared for the mediation, which lasted approximately from 9:30 A.M. until 1:30 P.M. The parties were unable to reach a resolution of this case at mediation, and have accordingly resumed their discovery efforts. Counsel for the parties remain open to continuing discussions regarding the viability of a possible settlement. If such discussions are not successful, Plaintiff believes that settlement discussions may be more effective following the close of discovery. Per the Court's Scheduling Order and Discovery Plan, discovery closes on or about May 25, 2018.

Respectfully submitted,

/s/ Brian J. Madden
Brian J. Madden    MO #40637
Joan D. Toomey    MO #39352
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
bmadden@wcllp.com
jtoomey@wcllp.com
Tel. (816) 701-1100
Fax (816) 531-2372

Douglas Wemhoff
409 N.E. Shady Lane Kansas
Kansas City, MO 64118
wemhofflaw@gmail.com

**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of July, 2017, the foregoing document was filed using the ECF Filing System, which provided electronic copies to the following:

Jessica M. Bernard
jbernard@gmschoollaw.com
Stephen N. Freeland
sfreeland@gmschoollaw.com
Guin Mundorf, LLC
4520 Main Street, Suite 520
Kansas City, MO 64111

**Attorneys for Defendants North Kansas City School District, Deborah Delsemme, Daniel Clemens, Paul Fregeau, Steven St. Louis and P.J. McGinnis**

3

Stephen G. Mirakian
smirakian@whmlaw.net
David S. Bell
dbell@whmlaw.net
Wyrsch Hobbs & Mirakian P.C.
1200 Main Street, Suite 2110
Kansas City, Missouri 64105
**Attorneys for Defendant**
**Samuel Waltemath**

                                            */s/ Brian J. Madden*
                                            Attorney for Plaintiff