UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOEL MARTIN, on his own behalf, and as Next Friend for C.M., a minor, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 4:17-cv-00073-FJG |
| NORTH KANSAS CITY SCHOOL DISTRICT, et al., ) ) ) ) | |
| Defendants. ) | |

## ORDER

Currently pending before the Court is defendants' unopposed Motion for Leave to Depose Plaintiffs' Expert Witness, Janice Davis (Doc. # 93).

Defendants state that Ms. Davis was identified as an expert witness on March 23, 2018 and plaintiffs provided a copy of her report the same day. In her report, Ms. Davis lists her positions, titles and educational degrees. However, defendants state that her report does not include a description of her duties and responsibilities nor does it identify any training she had received or state when she received her degrees. Defendants state that a deposition is necessary so that they can explore Ms. Davis' qualifications. Additionally, defendants state that a deposition is necessary in order to identify what scientific, technical or other specialized knowledge Ms. Davis relied on when forming her opinions. Plaintiffs have no objection to the deposition of Ms. Davis.

Accordingly, for good cause shown, the Court hereby **GRANTS** defendants' Motion for Leave to Depose plaintiffs' expert witness, Janice Davis.

Date: April 23, 2018  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge